United States District Court

Eastern District of California

Curtis Wilson,

        Plaintiff,          No. Civ. 04-1105 LKK PAN P

   vs.                          Findings and Recommendations

California Department of Corrections,

        Defendant.

-oOo-

April 14, 2005, an order served upon plaintiff was returned by the postal service as undeliverable. Plaintiff has failed to comply with Local Rule 83-182(d), which requires a party appearing pro se inform the court of any address change.

Accordingly, the court hereby recommends this action be dismissed without prejudice. L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal

1 Service).

2 　　　Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
3 findings and recommendations are submitted to the United States
4 District Judge assigned to this case.  Within 20 days after being
5 served with these findings and recommendations, plaintiff may
6 file written objections.  The document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."
8 The district judge may accept, reject, or modify these findings
9 and recommendations in whole or in part.

10 　　　Dated:  June 29, 2005.

11 　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
12 　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　Magistrate Judge